```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 33563
   NANCY ANN WILLIAMS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9029


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 09/10/2004 and was confirmed 11/04/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  27.44% from remaining funds.

    The case was paid in full 08/13/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
----------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED         2124.55            .00         582.96
ECAST SETTLEMENT CORP      UNSECURED         7061.13            .00        1937.50
BLAIR CORPORATION          UNSECURED OTH      789.51            .00         216.76
AMOCO BP                   UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED         2667.39            .00         731.91
CAPITAL ONE BANK           UNSECURED          918.30            .00         251.97
CITIBANK                   UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         5420.70            .00        1487.39
DISCOVER FINANCIAL SERVI   UNSECURED         8470.32            .00        2324.17
GE CAPITAL                 UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         2912.59            .00         799.19
RESURGENT ACQUISITION LL   UNSECURED         4075.10            .00        1118.17
RESURGENT ACQUISITION LL   UNSECURED          859.31            .00         235.79
ECAST SETTLEMENT CORP      UNSECURED          754.03            .00         206.90
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                 TRUSTEE                                           727.29
DEBTOR REFUND              REFUND                                               .00

    Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE               13,320.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   9,892.71
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                          727.29
DEBTOR REFUND                                    .00
                      -----------           -----------
TOTALS                13,320.00            13,320.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 33563 NANCY ANN WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 11/29/07                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```